HARVEY PETER SACKETT (State Bar No. 72488)
Of Counsel, Olinsky Law Group
300 S. State St., Suite 420
Syracuse, NY 13202
Tel: (315) 701-5780  Fax: (315) 701-5781
Email: hps@sackettlaw.com
Attorneys for Plaintiff Jennifer Sueann Zamora

EILEEN M. DECKER
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Tel: (415)977-8981
  Fax: (415) 744-0134
  E-mail: sundeep.patel@ssa.gov
Attorneys for Defendant Carolyn W. Colvin

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JENNIFER SUEANN ZAMORA, | ) No. 5:14-cv-01124-DTB |
| | ) |
| Plaintiff, | ) **[PROPOSED]** |
| | ) **ORDER AWARDING EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT** |
| | ) **ATTORNEY FEES AND** |
| CAROLYN W. COLVIN, Acting | ) **EXPENSES, PURSUANT TO 28** |
| Commissioner of Social Security, | ) **U.S.C. § 2412(d), AND COSTS** |
| | ) **PURSUANT TO 28 U.S.C. § 1920** |
| Defendant. | ) |
| | ) |

1    Based upon the parties' Stipulation for the Award and Payment of Attorney

2   Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C.

3   § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 (Stipulation), **IT IS**

4   **ORDERED** that fees and expenses in the amount of $8,742.77 as authorized by 28

5   U.S.C. § 2412, and costs in the amount of $87.12 as authorized by 28 U.S.C.

6   § 1920, be awarded subject to the terms of the Stipulation.

7

8

9   DATED: November 16, 2015

10                                                    _____

11                                                    HON. DAVID T. BRISTOW
                                                      UNITED STATES MAGISTRATE JUDGE

Order Awarding EAJA Fees
Case No. 5:14-cv-01124-DTB